Wallace SPIVEY, Movant,

v.

STATE of Missouri, Respondent.

No. 63451.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 26, 1993.

S. Paige Canfield, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant, Wallace Spivey, appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. The judgment of conviction sought to be vacated was for capital murder for which movant was sentenced to imprisonment for life without parole for a minimum of fifty years.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).